GAIL SHIFMAN (State Bar No. 147334)
Attorney at Law
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
PRINCE LEE PRINCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRINCE LEE PRINCE,<br><br>　　　　Defendant<br>_____ | ) Case No.: CR 12-0061 EMC (MEJ)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER MODIFYING CONDITIONS**<br>) **OF PRETRIAL RELEASE**<br>)<br>)<br>)<br>)<br>) |

Upon being advised that the Defendant has been complying with his conditions of Pretrial Release, the parties hereby stipulate that the conditions of release shall be modified to delete the requirement of posting property as security for release. All other conditions of pretrial release shall remain.

Dated: March 26, 2012                                   Dated: March 26, 2012

　　/s/                                                              /s/
_____                       _____
GAIL SHIFMAN                                           DEREK OWENS
Attorney for Defendant                                Assistant United States Attorney

1

[PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in to delete the requirement of posting property as security for Defendant's release. All other conditions of pretrial release shall remain.

Dated: ~~March~~ _____, ~~2012~~
      April 11, 2012



_____
UNITED STATES MAGISTRATE JUDGE

2