1
2  GAIL SHIFMAN (State Bar No. 147334)
   SARAH POTTER (State Bar No. 280478)
3  Attorneys at Law
   44 Montgomery Street, Suite 3850
4  San Francisco, California 94104
   Telephone:  (415) 551-1500
5  Facsimile:   (415) 551-1502
6
   Attorneys for Defendant
7  PRINCE LEE PRINCE
8
9
10
11
12                        UNITED STATES DISTRICT COURT
13                       NORTHERN DISTRICT OF CALIFORNIA
14                             SAN FRANCISCO DIVISION
15
16  UNITED STATES OF AMERICA,          )  Case No.:  CR12-0061 EMC (MEJ)
17                                     )
            Plaintiff,                 )  **STIPULATION AND [PROPOSED]**
18                                     )  **ORDER MODIFYING CONDITIONS**
        vs.                            )  **OF PRETRIAL RELEASE**
19                                     )
20  PRINCE LEE PRINCE,                 )
                                       )
21          Defendant.                 )
    _____)
22
23
24      Upon being advised that Pretrial Services has no objection, the parties hereby stipulate
25  that the conditions of release shall be modified in the following manner:
26      1.  To enable defendant Prince Lee Prince to travel to Stockton in the Eastern District of
27  California on May 7, 2012.
28

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                                  1

2. All other conditions shall remain the same.

Dated: April 23, 2012                                                Dated: April 23, 2012

/s/                                                                              /s/

_____                      _____
GAIL SHIFMAN                                                    KEVIN BARRY
Attorney for Defendant                                        Assistant United States Attorney
PRINCE LEE PRINCE

[PROPOSED] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised, IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant Prince Lee Prince shall be allowed to travel to Stockton in the Eastern District of California on May 7, 2012.

2. All other conditions shall remain the same.

Dated: April __24__, 2012

_____
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Maria-Elena James

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                                2